PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

## FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

    v.

OMEGA ENGINEERING, INC.

Crim #: 3:03CR00116(DJS)

Re: **Early Termination of Supervision**

On September 23, 2003 the above named defendant was sentenced to 5 years' probation. Omega Engineering is no longer in need of supervision. It is accordingly recommended that they be discharged from supervision.

Respectfully submitted,

Joseph Zampano
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 15th day of June, 2007.

The Honorable Dominic J. Squatrito
Senior United States District Judge

# MEMORANDUM

**To:**      The Honorable Dominic J. Squatrito
             Senior United States District Judge
             Hartford, Connecticut

**From:**    Joseph Zampano
             United States Probation Officer
             Bridgeport, Connecticut

**Subject:** Omega Engineering, Inc.
             Dkt. No. 3:03CR00116(DJS)
             **Request for Early Termination**

**Date:**    June 13, 2007

Reference is made to the above-named defendant who was sentenced on September 23, 2003 by Your Honor on a violation of 50 U.S.C. §§ 1701 and 2410, Unlawful Export of U.S. Commodities. Omega Engineering was sentenced to 5 years' probation with the following special conditions: 1)The defendant shall fully cooperate with the U.S. Customs and U.S. Commerce Department officials by complying with all reasonable and lawful requests for inspection, verification, and monitoring of all practices relating to the export of commodities by the defendant, or any of its subsidiaries, from the United States; 2) the defendant shall continue to implement an export compliance program, and the compliance program you put into place must be submitted to, and found acceptable by, the U.S. Department of Commerce, and 3) the defendant shall pay a fine of $313,000. The defendant paid the fine and $400 special assessment in full on September 23, 2003.

It is respectfully recommended that the defendant's probation be terminated prior to their scheduled expiration date of September 22, 2008. The Government was contacted regarding this matter and, as per their office policy, object to the request for early termination.

If Your Honor accepts our recommendation, the enclosed Probation Form 35 may be signed and returned to our office for further processing. If you have any questions regarding this case, please do not hesitate to contact me at (203) 579-5707. Thank you for your consideration in this matter.

JZ/cd

(Attach)